IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Jennifer L. Tedder, | C/A No.: 1:19-1399-DCC-SVH |
| Plaintiff, | |
| vs. | ORDER |
| Andrew M. Saul,[1] Commissioner of Social Security Administration, | |
| Defendant. | |

This matter comes before the court on a review of the docket in this case, which reveals Plaintiff has failed to timely file her brief. Defendant filed an answer and the administrative record of the underlying proceedings on September 12, 2019. [ECF Nos. 8, 9]. Pursuant to Local Civ. Rule 83VII.04 (D.S.C.), Plaintiff's brief was due on October 15, 2019. Plaintiff has not yet filed a brief in this matter. As such, it appears to the court that Plaintiff wishes to abandon this action. Therefore, Plaintiff is directed to file a brief by October 18, 2019, and is warned that failure to file the brief by the revised final deadline may result in the case being recommended for dismissal with prejudice for failure to prosecute.

---

[1] Andrew M. Saul became the Commissioner of the Social Security Administration on June 17, 2019. Pursuant to Fed. R. Civ. P. 25(d), Saul is substituted for Nancy A. Berryhill.

IT IS SO ORDERED.

October 17, 2019
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge